**Petition for Reinstatement from Inactive Status.**

**No. 73 DB 2000.**

Supreme Court of Pennsylvania.

Dec. 28, 2000.

*O R D E R*

PER CURIAM:

AND NOW, this 28th day of December, 2000, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated November 30, 2000, are approved and IT IS ORDERED that ERIC ASHWORTH FITZGERALD, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**K. Cornelius LAMPKIN, Respondent.**

**No. 162 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 28, 2000.

*O R D E R*

PER CURIAM:

AND NOW, this 28th day of December, 2000, there having been filed with this Court by K. Cornelius Lampkin his verified Statement of Resignation dated November 7, 2000, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of K. Cornelius Lampkin be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.